PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED
03 November 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 3:14CR00046 | | | |
| DOCKET NUMBER *(Rec. Court)* 3:26-cr-00553 CRB | | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Richard Adrian Brown-Davis<br>San Francisco, California | DISTRICT<br>Nevada | DIVISION<br>U.S. Probation Office | |
| | NAME OF SENTENCING JUDGE<br>Robert C. Jones | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>11/24/2025 | TO<br>11/23/2045 |

OFFENSE
18 USC 242 1 and 2 – Transportation of an Individual for Prostitution; Aiding and Abetting

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Permanent residence / prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 30, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 3, 2026
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Richard Adrian Brown-Davis

Case No.: 3:14CR00046

**SUPERVISON REPORT**
**REQUEST OF JURISDICTION**

October 30, 2026

TO: The Honorable Anne Rachel Traum
United States District Judge

On October 26, 2015, Richard Brown-Davis was sentenced by the Honorable Robert C. Jones to 90 months custody followed by lifetime supervised release for committing the offense of Transportation of an Individual for Prostitution; Aiding and Abetting. On November 24, 2025, Richard Brown-Davis was sentenced by Your Honor to time served followed by a 20-year term of supervised release, following a violation of supervised release. Upon commencement of supervised release, Brown-Davis transferred to the Northern District of California.

Mr. Brown-Davis currently has full-time employment and stable housing in the Northern District of California. He has expressed his interest in remaining in the Northern District of California for the entirety of his supervised release term. On October 19, 2026, the Northern District of California respectfully requested a transfer of jurisdiction. The Judicial Conference recommends transfer of jurisdiction for persons under supervision to reduce the burden and expedite the response. Therefore, the Probation Form 22, Transfer of Jurisdiction, has been attached for Your Honor's review and consideration.

Respectfully submitted,

Digitally signed by Kory Augustus
Date: 2026.10.30 09:31:05 -07'00'

Kory Augustus
Senior United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2026.10.30 09:29:31 -07'00'

Erik Flocchini
Supervisory United States Probation Officer